# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

QUENTON DEBERRY,

       Petitioner,

v.                                Case No. 2:09-CV-14338
                                Honorable Arthur J. Tarnow
CARMEN PALMER,                Magistrate Judge Paul J. Komives

       Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY

       Before the Court is Magistrate Judge Komives' Report and Recommendation [Docket #12] filed June 4, 2010. The Magistrate Judge recommends that this Court deny petitioner's application for the writ of habeas corpus and certificate of appealability. No objections were filed.

       The Court notes that the Report and Recommendation was sent Petitioner at the Michigan Reformatory on June 4, 2010 and R.A. Handlon Correctional Facility on June 29, 2010.

       Having reviewed the file and the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, petitioner's application for the writ of habeas corpus and certificate of appealability are **DENIED.**

                                                       s/Arthur J. Tarnow
                                                       Arthur J. Tarnow
                                                       United States District Judge

Dated: July 30, 2010

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on July 30, 2010, by electronic and/or ordinary mail.

              s/Catherine A. Pickles
              Judicial Secretary